**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

In re: VIOLATIONS OF THE E-GOVERNMENT ACT

This Order Relates to the Following Actions:

<u>United States v. Mauro Garcia-Guevara, et al.</u> (06-mj-40) (FLN)

<u>United States v. Pablo Antonio Cervantes-Contreras</u> (06-mj-41) (FLN)

<u>United States v. Gwendolyn Renee Meaders-Gill, et al.</u> (06-mj-71) (JSM)

_____

The undersigned Judge has been assigned the duty of enforcing the redaction provisions of the E-Government Act in this District. Assistant United States Attorneys Jim Lackner, Joe Dixon, and Chris Wilton appeared before this Court on March 1, 2006, to explain why they have not complied with the E-Government Act in relation to the above-captioned cases.

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Court assesses a fine of one dollar ($1.00) against Assistant United States Attorney Jim Lackner based on the redaction violations of Assistant United States Attorneys Joe Dixon and Chris Wilton in the above cases. The fine is stayed on the condition that there are no violations by Dixon or Wilton in the year following the date of this Order. If either Dixon or Wilton does violate the redaction policy of the E-Government Act in the year following the date of this Order, Lackner will be liable for a one hundred dollar ($100.00) assessment.
2. The above penalty shall apply to each Assistant United States Attorney. If an Assistant United States Attorney violates the redaction policy of the E-Government Act, he or she shall be assessed

one dollar ($1.00).  This assessment will be stayed on the condition that the attorney does not commit another violation within a year following the first violation.  If that attorney does violate the redaction policy of the E-Government Act in the year following the date of the first violation, he or she will be liable for a one hundred dollar ($100.00) assessment.

Dated:  March 02, 2006             s / Michael J. Davis
                                                Judge Michael J. Davis
                                                United States District Court